JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVKIE BERGER, et al., | Case No. CV 13-5074 FMO (AGRx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| AVEDA CORPORATION, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to plaintiff and without prejudice as to the putative class.

Dated this 10th day of April, 2014.

/s/
Fernando M. Olguin
United States District Judge